# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**LARRY B. PAINTER**                                                                                      **PETITIONER**
Reg # 14746-045

VS.                                         CASE NO. 5:15CV00028 SWW/BD

**UNITED STATES OF AMERICA**                                                      **RESPONDENT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Petitioner Larry B. Painter's petition for writ of habeas corpus (#2) is DISMISSED without prejudice, this 27th day of February 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE